**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01303-CV

### JOHN WILLIAMS, Appellant

### V.

### DART TRANSIT, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-00720-B**

## ORDER

For the same reason stated in our October 6, 2015 order denying appellant's "Motion for Constitutional Right 14th Amendment," we **DENY** appellant's October 7, 2015 "Motion for Constitutional Right 13th Amendment." *See* U.S. CONST. art. VI.

/s/　　CRAIG STODDART
　　　　JUSTICE